IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kingvision Pay-Per-View, Ltd., | NO. C 08-02413 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| David G. Barron, | |
| Defendant. | |

Pursuant to the Court's February 6, 2008 Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff Kingvision Pay-Per-View, Ltd., against Defendant David G. Barron.

Judgment is entered in the amount of $1500.00.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated:  February 6, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley tprlaw@att.net

| | |
|---|---|
| **Dated:  February 6, 2009** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers**<br>    **Elizabeth Garcia**<br>    **Courtroom Deputy** |

United States District Court
For the Northern District of California